

FEB 1 5 2011



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Demorris Lane AG1409
(Name of Plaintiff)

2:11-CV-432 GGH(PC)
(Case Number)

(Address of Plaintiff)
P.O. Box 600 Tracy CA 95378-0600

vs.

COMPLAINT

Stockton Police department

Demorris Lane
(Names of Defendants)

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner: ☐ Yes  ☒ No

    B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983     Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County) _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?   ☒ Yes   ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?
   ☐ Yes   ☒ No
   If your answer is no, explain why not _____

C. Is the grievance process completed?   ☐ Yes   ☒ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant Stockton Police dept Several officers is employed as _____ at _____

B. Additional defendants _____
_____
_____
_____
_____

10

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

Beating and tased by the Stockton P.D. while I was shackled in my mouth ears, all while kicked

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Bring my case to trial before a jury. Find me a lawyer to represent me.

Signed this __2__ day of __11-11__, 19____.

_Demorris Lane_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__2-11-11__         _Demorris Lane_
(Date)                  (Signature of Plaintiff)

11